UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLGA MARIA MERO,

                Petitioner,

      - against -

ELOY ROBERTO PRIETO,

                Respondent.
-----------------------------------------------------------X

**JUDGMENT**

CV-07-2662 (JFB)(WDW)

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on June 6, 2008, adopting the Report and Recommendation of Magistrate Judge William D. Wall dated March 6, 2008, that petitioner has failed to meet her burden of proof under the Hague Convention, and denying the petition for the Court to order the return of Mero's minor biological daughter to Ecuador, it is

**ORDERED AND ADJUDGED** that petitioner take nothing of the respondent; and that the petition to return Mero's minor biological daughter to Ecuador is denied..

Dated: Central Islip, New York
        June 6, 2008

                                      ROBERT C. HEINEMANN
                                      CLERK OF THE COURT

                          BY:    S/S LORRAINE SAPIENZA
                                    DEPUTY CLERK